UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUFUS JOHNSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12272** |
| **NEW ORLEANS CITY** | **SECTION "T" (3)** |

### ORDER

Given that this Court does not yet have a signed consent form from both parties and out of an abundance of caution,

**IT IS ORDERED** that the **City's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) [Doc. #13]** is **RESET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, February 5, 2020 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**