UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUFUS JOHNSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-12272** |
| **NEW ORLEANS CITY** | **SECTION: T(3)** |

### ORDER

**IT IS ORDERED** that the oral hearing set for February 5, 2020 is hereby **CANCELLED.**

**New Orleans, Louisiana**, on this 31st day of January, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**